**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| KIRA KUO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. |
| v. | ) |
| | ) Hon. Judge |
| RESILIENCE HEALTHCARE – WEST | ) |
| SUBURBAN MEDICAL CENTER, LLC | ) |
| and DR. MANOJ PRASAD, | ) |
| | ) |
| Defendants. | |

**DEFENDANTS' NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1441, *et seq.*, Defendants West Suburban Medical Center, LLC ("West Suburban") and Dr. Manoj Prasad ("Dr. Prasad"), by their attorneys, hereby give notice of removal of this action from the Circuit Court of Cook County, Illinois, Law Division to the United States District Court for the Northern District of Illinois. In support thereof, Defendants state as follows:

**I.      THE STATE COURT ACTION**

1.      On December 19, 2024, Plaintiff Kira Kuo ("Plaintiff") initiated this civil action against West Suburban and Dr. Prasad by filing a Complaint in the Circuit Court of Cook County, Illinois, Law Division captioned *Kira Kuo v. Resilience Healthcare – West Suburban Medical Center, LLC, and Dr. Manoj Prasad,* Case No. 2024L014298 (the "State Court Action").

2.      Pursuant to 28 U.S.C. § 1446(a), copy of the Complaint and all process, pleadings, and orders that have been filed and served upon Defendants in the State Court Action are attached hereto as **Exhibit 1**.

3.      West Suburban and Dr. Prasad each received a request for waiver of service and Defendants both waived service of the summons and Complaint on January 23, 2025. The waivers

1

were filed with the court. A copy of West Suburban and Dr. Prasad's waivers are attached hereto as **Exhibit 2** and **Exhibit 3** respectively.

4. This petition for removal is therefore timely filed pursuant to 28 U.S.C. § 1446(b)(1). *Collins v. Pontikes*, 447 F. Supp. 2d 895, 898 (N.D. Ill. 2006) (explaining that a waiver of service of process triggers the start of a 30-day period for removal).

5. Pursuant to 28 U.S.C. § 1446(d), Defendants will file a copy of this Notice of Removal with the Circuit Court of Cook County, Illinois, Law Division. Defendants will also serve Plaintiff with a copy of this Notice of Removal, a true and correct copy of which is attached hereto as **Exhibit 4.**

## II. Removal Pursuant to 28 U.S.C. § 1331 and § 1367

6. Plaintiff's action purports to bring three claims—a claim for retaliatory discharge, a claim for Defamation, and a claim for violation of the Employee Retirement Income Security Act of 1974 ("ERISA").

7. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 as Plaintiff asserts claims and seeks relief under federal law. Pursuant to 28 U.S.C. § 1331, federal district courts have original jurisdiction of all civil actions arising under the laws of the United States. Plaintiff's Complaint asserts a claim for violation of ERISA, 29 U.S.C. § 1166. Given that Plaintiff's Complaint raises a federal question on its face, removal of the State Court Action is proper.

8. Pursuant to 28 U.S.C. § 1367(a), federal district courts have supplemental jurisdiction over other claims which are so related to the federal claim that they form part of the same case or controversy. In addition to asserting a claim under ERISA, the Complaint also asserts claims for retaliation and defamation related to Plaintiff's allegedly unlawful termination (collectively, the "State Law Claims"). The State Law Claims are based on the same facts as

Plaintiff's federal claim. Accordingly, the State Law Claims form part of the same controversy as Plaintiff's federal claim, such that this Court may properly exercise supplemental jurisdiction over them.

9. Pursuant to 28 U.S.C. § 1446(b)(2)(A), all Defendants consent to the removal of this civil action to this Court.

10. Removal to this judicial district and division is proper under 28 U.S.C. §§ 1441(a) and 1446(a), because the Circuit Court of Cook County, Illinois, Law Division is located within the Northern District of Illinois. Pursuant to 28 U.S.C. § 93(a)(1), the Circuit Court of Cook County, Illinois, is in the Northern District of Illinois, Eastern Division.

11. In filing this Notice of Removal, the Defendants do not waive, and specifically reserve, any and all objections as to service of process, personal jurisdiction, defenses, exceptions, rights, and motions. No statement herein or omission shall be deemed to constitute an admission by Defendants of any of the allegations of, or damages sought in, the Complaint.

WHEREFORE, Defendants, West Suburban Medical Center, LLC and Dr. Manoj Prasad, hereby remove this civil action to this Court.

Dated: February 21, 2025

/**s**/ *Charles B. Leuin*

Charles B. Leuin (ARDC #6225447)
Elsa Schulz (ARDC #6342804)
**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606
Telephone: (312) 624-6344
cleuin@beneschlaw.com
eschulz@beneschlaw.com
*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I certify that I filed a true and correct copy of Defendants' Notice of Removal on this 21st

day of February, 2025, via email and U.S. First Class mail, postage prepaid, upon all counsel of

record at the following address:

Thalia Pacheco
Martin Stainthorp
Workplace Law Partners P.C.
155 N. Michigan Ave., Ste. 719
Chicago, IL 60601
312-861-16800
tpacheco@fishlawfirm.com
mstainthorp@fishlawfirm.com
docketing@fishlawfirm.com

*/s/ Charles B. Leuin*
Charles B. Leuin