# Exhibit 3

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Kira Kuo

Plaintiff(s)

vs.

Resilience Healthcare-West Suburban Medical Center, LLC and Dr. Manoj Prasad

Defendant(s)

Case No. ___2024 L 014298___

Defendant(s)
Amount Claimed: $ _____

### NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

Dr. Manoj Prasad

To: _c/o Registered Agent Solutions, Inc.___ Address: _901 S. 2nd St., Ste. 201_____
                   (Name)

City: ___Springfield_____ State: _IL_ Zip: _62704___

The enclosed summons and complaint are served pursuant to section 2--213 of the Code of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed

form to the sender within __30_____ **\*** days.

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within __30_____ **\*** days, you (or the party on whose behalf you are being served) may be served a summons and complaint in any other manner permitted by law.

If you do complete and return this form, you (or the party on whose behalf you are being served)

must answer the complaint within __60_____ **\*\*** days. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this notice and acknowledgment of receipt of summons and

complaint will have been mailed on _12/24/2024____ .

**Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois**

**cookcountyclerkofcourt.org**

---

**E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile. illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/ gethelp.asp.**

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned matter at:

(Please print or type)

Name: Charles B. Leuin

Address: 71 S. Wacker Drive, Suite 1600

City: Chicago                    State: IL        Zip: 60606

Email: cleuin@beneschlaw.com

Relationship to Entity/Authority to Receive Service of Process: Attorney
(Not applicable if your are the named Defendant or Respondent.)

Dated: 1/23/2025

_____
Signature

\*    (To be completed by the person sending the notice.) Date for return of waiver must be at least 30 days from the date on which the request is sent, or 60 days if the defendant is addressed outside the United States.

\*\*  (To be completed by the person sending the notice.) Date for answering complaint must be at least 60 days from the date on which the request is sent, or 90 days if the defendant is addressed outside the United States.