# Exhibit 4

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT – LAW DIVISION**

| | |
|---|---|
| KIRA KUO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2024L014298 |
| v. | ) |
| | ) Calendar U |
| RESILIENCE HEALTHCARE – WEST | ) |
| SUBURBAN MEDICAL CENTER, LLC, | ) |
| and DR. MANOJ PRASAD, | ) |
| | ) |
| Defendants. | ) |

## <u>NOTICE OF FILING NOTICE OF REMOVAL</u>

PLEASE TAKE NOTICE that Defendants Resilience Healthcare—West Suburban Medical Center, LLC, and Dr. Manoj Prasad filed a Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446, in the United States District Court for the Northern District of Illinois on February 21, 2025. A copy of the Notice of Removal is attached as Exhibit A.

Dated: February 21, 2025

Respectfully Submitted,

RESILIENCE HEALTHCARE – WEST SUBURBAN MEDICAL CENTER, LLC and DR. MANOJ PRASAD

By: */s/ Charles B. Leuin*
Charles B. Leuin (ARDC #6225447)
Elsa Schulz (ARDC #6342804)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606
Telephone: (312) 624-6344
cleuin@beneschlaw.com
eschulz@beneschlaw.com

*Attorneys for Resilience Healthcare – West Suburban Medical Center, LLC & Dr. Manoj Prasad*

1

<u>**CERTIFICATE OF SERVICE**</u>

I certify that I filed a true and correct copy of Defendants' Notice of Removal on this 21st day of February, 2025, via Email and U.S. First Class mail, postage prepaid, upon all counsel of record at the following address:

Thalia Pacheco
Martin Stainthorp
Workplace Law Partners P.C.
155 N. Michigan Ave., Ste. 719
Chicago, IL 60601
312-861-16800
tpacheco@fishlawfirm.com
mstainthorp@fishlawfirm.com
docketing@fishlawfirm.com

*/s/ Charles B. Leuin*
Charles B. Leuin