**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Kira Kuo,<br><br>   Plaintiff,<br><br> vs.<br><br>Resilience Healthcare – West Suburban Medical Center, LLC and Dr. Manoj Prasad,<br><br>   Defendants. | CASE NO. 1:25-CV-01846<br><br>HON. JEFFREY I. CUMMINGS |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.17 of this Court, the undersigned respectfully requests the Court's leave to withdraw as counsel for Defendants Resilience Healthcare – West Suburban Medical Center, LLC ("West Suburban") and Dr. Manoj Prasad ("Prasad"), and in support thereof states as follows:

1. Counsel seeks leave to withdraw due to a breakdown in the attorney-client relationship arising from Defendants' continued failure to adhere to obligations under the parties' engagement agreement.

2. Despite repeated efforts to resolve the issue and allow representation to continue, the issue has not been remedied.  Continued representation under these circumstances would place an unreasonable financial burden on counsel and is no longer tenable.

3. Counsel has provided Defendants reasonable notice, in writing, of counsel's intent to withdraw.  Counsel will cooperate to ensure a smooth transition and minimize any potential prejudice.

4. The Defendants' Notification of Party Contact Information is attached to this Motion.

**WHEREFORE**, counsel having appeared for Defendants in this matter, Charles B. Leuin,

hereby respectfully requests that he be granted leave to withdraw as counsel in this matter.

Dated: November 5, 2025

Respectfully submitted,

By:/s/ *Charles B. Leuin* _____
        Charles B. Leuin
        Benesch, Friedlander, Coplan &
        Aronoff LLP
        71 South Wacker Drive, Suite 1600
        Chicago, Illinois 60606-4637
        Telephone:  312.212.4949
        Facsimile:  312.767.9192

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Motion for Leave to Withdraw as Counsel was served upon all counsel of record electronically through the Court's CM/ECF system on November 5, 2025.

*/s/ Charles B. Leuin*

06/12/15

**United States District Court**
**Northern District of Illinois**

**Notification of Party Contact Information**

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

      **Case Number**: 1:25-cv-01846

      **Case Title**: Kuo v. Resilience Healthcare - West Suburban Medical Center, LLC et al.

      **Judge**: Hon. Jeffrey I. Cummings

      **Name of Attorney submitting the motion to withdraw**:

      Charles B. Leuin

      **Name of Client**:

      Resilience Healthcare - West Suburban Medical Center, LLC; Dr. Manoj Prasad

      **Mailing address of Client**: 3 Erie Court

      **City:** Oak Park                 **State:** IL

      **Zip:** 60302                 **Telephone Number:** (708) 383-6200

      **I attest that the above information is true and correct to the best of my knowledge.**

**Signed:** _/s/ Charles B. Leuin_

**Date:** 11/05/2025