# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Kira Kuo v. Resilience Healthcare West Suburban Medical Center, LLC, et al.

Case Number: 25−cv−01846

An appearance is hereby filed by the undersigned as attorney for:
Defendants, Resilience Healthcare West Suburban Medical Center, LLC and Dr. Manoj Prasad

Attorney name (type or print): Steven P. Mandell

Firm: Mandell P.C.

Street address: 1 N. Frankiln Street, Suite 900

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6183729
(See item 3 in instructions)

Telephone Number: 312-215-1001

Email Address: smandell@mandellpc.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you a member of the court's general bar? | ☒ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☒ Yes | ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 25, 2025

Attorney signature: S/ Steven P. Mandell

(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023