**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| KIRA KUO, | |
| Plaintiff, | Case Number 1:25-cv-01846 |
| v. | Hon. Jeffrey I. Cummings |
| RESILIENCE HEALTHCARE WEST SUBURBAN MEDICAL CENTER, LLC, ET AL. | |
| Defendant. | |

**PLAINTIFF'S STATUS REPORT**

Plaintiff, KIRA KUO, by her attorneys Workplace Law Partners, P.C., submits the following Status Report pursuant to this Court's prior minute order of January 28, 2026, as follows (Doc. 39):

**Prefatory Statement**

Plaintiff regrets that the parties were unable to jointly file a status report, but at the time of this filing, her counsel has not yet received approval from Defendant on the latest proposed version of the report. Plaintiff made multiple attempts to submit the status together, including sending a reminder email, at 7:11 p.m.

**Status of Discovery**

1. Discovery is progressing. The deadline for the close of fact discovery is May 18, 2026.

2. Defendants took Plaintiff's deposition on February 27, 2026. During Plaintiff's deposition, Defendant requested additional documents. Plaintiff did a supplemental production on March 9, 2026 and is currently searching for other responsive documents.

3. On March 4, 2026, Defendant West Suburban served its Second Set of Requests for Production to Plaintiff.

4.   On January 22, 2026, Plaintiff noticed the depositions of Defendant Dr. Prasad, and four other defense witnesses. The Parties are working on the scheduling of these depositions.

5.   At this time, the Plaintiff requests a settlement conference with the assigned Magistrate Judge.

Dated: March 10, 2026

Respectfully submitted,

**KIRA KUO**

*/s/ Thalia Pacheco*_____
Thalia Pacheco
Jacob Exline
Workplace Law Partners, P.C.
155 North Michigan Avenue
Suite 719
Chicago, IL 60601
312-861-1800
TPacheco@fishlawfirm.com
jexline@fishlawfirm.com

**<u>CERTIFICATE OF SERVICE</u>**

I, the undersigned, state that I caused copies of the foregoing to be served, on March 10, 2026, by **electronic filing through the court's ECF/CM system,** which delivered electronic notification of such filing to all counsel of record.

/s/ *Thalia Pacheco*

One of the Attorneys for Plaintiff