**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KIRA KUO, | |
| Plaintiff, | Case Number 1:25-cv-01846 |
| v. | Hon. Jeffrey I. Cummings |
| RESILIENCE HEALTHCARE WEST SUBURBAN MEDICAL CENTER, LLC, ET AL. | |
| Defendant. | |

**JOINT STATUS REPORT**

Plaintiff, KIRA KUO, by her attorneys Workplace Law Partners, P.C., and Defendants, RESILIENCE HEALTHCARE WEST SUBURBAN MEDICAL CENTER, LLC, and Dr. Manoj Prasad., by their attorneys Mandell P.C., and Holy & Schultz, LLC, submit the following Joint Status Report pursuant to this Court's prior minute order of January 28, 2026, as follows (Doc. 39):

**Status of Discovery**

1.      Discovery is progressing. The deadline for the close of fact discovery is May 18, 2026.

2.      Defendants began Plaintiff's deposition on February 27, 2026. Pursuant to Plaintiff's deposition, Plaintiff did produce additional documents on March 9, 2026 and is searching for others. Defendant is considering re-deposing her pursuant to the additional documents requested and will bring a motion if the Court's intervention is needed.

3.      On March 4, 2026, Defendant West Suburban served its Second Set of Requests for Production to Plaintiff.

4.      On January 22, 2026, Plaintiff noticed the depositions of Defendant Dr. Prasad, and four other defense witnesses. The Parties are working on the scheduling of these depositions.

5.      At this time, the Parties request a settlement conference with the assigned Magistrate Judge.


Dated: March 10, 2026                          Respectfully submitted,


KIRA KUO                                       RESILIENCE HEALTHCARE
                                               WEST SUBURBAN MEDICAL
                                               CENTER, LLC, ET AL.

/s/ Thalia Pacheco_____                /s/ Steven P. Mandel_____
Thalia Pacheco                                 Steven P. Mandell
Jacob Exline                                   Bryan G. Lesser
Workplace Law Partners, P.C.                   Mandell P.C.
155 North Michigan Avenue                      1 N. Franklin Street, Suite 900
Suite 719                                      Chicago, IL 60606
Chicago, IL 60601                              312-801-6337
312-861-1800                                   smandell@mandellpc.com
TPacheco@fishlawfirm.com                       blesser@mandellpc.com
jexline@fishlawfirm.com

                                               /s/Michael C. Holy_____
                                               Michael C. Holy
                                               HOLY & SCHULTZ, LLC
                                               1 S 450 Summit Ave., Suite 260
                                               Oakbrook Terrace, IL 60181
                                               Office phone: 630.286.6777
                                               Cell phone: 312.925.5417
                                               MichaelH@holyandschultz.com

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, state that I caused copies of the foregoing to be served, with enclosures referred to thereon, if any on March 10, 2026, by electronic filing through the court's ECF/CM system, which delivered electronic notification of such filing to all counsel of record.

/s/ *Steven P. Mandell*
One of the Attorneys for Plaintiff