**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| KIRA KUO,<br><br>               Plaintiff,<br><br>v.<br><br>RESILIENCE HEALTHCARE WEST<br>SUBURBAN MEDICAL CENTER, LLC, ET AL.<br><br>               Defendant. | Case Number 1:25-cv-01846<br><br>Hon. Jeffrey I. Cummings<br>Mag. Daniel P. McLaughlin |

**JOINT STATUS REPORT AND JOINT MOTION
TO STAY DISCOVERY PENDING SETTLEMENT CONFERENCE**

Plaintiff, KIRA KUO, by her attorneys Workplace Law Partners, P.C., and Defendants, RESILIENCE HEALTHCARE WEST SUBURBAN MEDICAL CENTER, LLC, and Dr. Manoj Prasad., by their attorneys Mandell P.C., and Holy & Schultz, LLC, submit the following Joint Status Report and Joint Motion to Stay Discovery pursuant to this Court's prior minute order of March 16, 2026, as follows (Doc. 44):

1.  On March 18, 2026, Plaintiff and Defendants' attorneys met via videoconference.

2.  The Parties have exchanged settlement numbers.

3.  The Parties remain interested in participating in a settlement conference.

4.  The Parties believe a settlement conference would be productive.

5.  Defendants prefer an in-person settlement conference and believe it is important for the Parties to be in-person. Plaintiff requests that the conference proceed remotely, as she resides out of state and has parenting responsibilities that make travel difficult.

6.  To date, the Parties have exchanged written discovery and Defendant has taken the Plaintiff's deposition.

7. Plaintiff previously noticed the depositions of Defendant Dr. Prasad and four other witnesses but the dates for these have not been finalized.

8. The Parties are interested in fully exploring the potential for settlement and request an opportunity to conduct settlement negotiations before engaging in costly and lengthy discovery and motion practice.

9. Accordingly, the Parties respectfully request that this Court stay discovery pending the outcome of the Parties' settlement conference. If the Parties do not successfully settle this matter, within seven days, the Parties will file a joint status report to propose a modified discovery plan.

10. This stay will not unduly delay this matter and no party will be prejudiced by this extension of time.

**WHEREFORE,** the Parties respectfully request a settlement conference and a stay of discovery pending the outcome of the settlement conference, the Parties will submit a joint status report proposing a modified schedule for all remaining discovery within 7 days if this matter is not resolved at the conference.

Dated: March 26, 2026

Respectfully submitted,

**KIRA KUO**

*/s/ Thalia Pacheco*
Thalia Pacheco
Jacob Exline
Workplace Law Partners, P.C.
155 North Michigan Avenue
Suite 719
Chicago, IL 60601
312-861-1800
TPacheco@fishlawfirm.com

**RESILIENCE HEALTHCARE WEST SUBURBAN MEDICAL CENTER, LLC, ET AL.**

/s/ Steven P. Mandell
Steven P. Mandell
Bryan G. Lesser
Mandell P.C.
1 N. Franklin Street, Suite 900
Chicago, IL 60606
312-801-6337
smandell@mandellpc.com
blesser@mandellpc.com

jexline@fishlawfirm.com

/s/Michael C. Holy
Michael C. Holy
HOLY & SCHULTZ, LLC
1 S 450 Summit Ave., Suite 260
Oakbrook Terrace, IL 60181
Office phone: 630.286.6777
Cell phone: 312.925.5417
MichaelH@holyandschultz.com

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, state that I caused copies of the foregoing to be served, with enclosures referred to thereon, if any on March 26, 2026, by **electronic filing through the court's ECF/CM system,** which delivered electronic notification of such filing to all counsel of record.

<u>/s/ *Thalia Pacheco*</u>

One of the Attorneys for Plaintiff